DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OMAR CESAR SOTELO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-0063 LJO-SKO |
| Plaintiff, | |
| v. | **AMENDED** STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| OMAR CESAR SOTELO, | DATE: June 18, 2012<br>TIME: 1:00 P.M. |
| Defendant. | JUDGE: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Laurel J. Montoya, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Omar Cesar Sotelo, that the status conference currently set for May 7, 2012, **may be continued to June 18, 2012 at 1:00 p.m.**

This stipulation is proposed by counsel to allow additional time for defense investigation. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

BENJAMIN B. WAGNER
United States Attorney

DATED: May 3, 2012           By:    /s/ *Laurel J. Montoya*
                                    LAUREL J. MONTOYA
                                    Assistant United States Attorney
                                    Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: May 3, 2012           By:    /s/ *Victor M. Chavez*
                                    VICTOR M. CHAVEZ
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    OMAR CESAR SOTELO


**ORDER**

IT IS SO ORDERED.

**Dated:   May 3, 2012**              /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE