JOESPH SCHLESINGER, Bar #87692
Acting Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OMAR CESAR SOTELO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:12-CR-0063 LJO-SKO |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION RESETTING MOTIONS SCHEDULE; ORDER** |
| OMAR CESAR SOTELO, | ) DATE: June 10, 2012 |
| Defendant. | ) TIME: 8:30 A.M. |
| | ) JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by the parties through their respective counsel, that defendant's motion to suppress evidence may be filed on May 6, 2013; that the government's reply may be filed on May 28, 2013 and that the motion may be heard by the court at 8:30 a.m. on June 10, 2013.

Defense counsel proposes this stipulation because he needs additional time to prepare said motion, including to have further communication with his client who is at Lerdo. Defense counsel was recently out of the office for two weeks.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: April 22, 2013 | By: /s/ *Laurel J. Montoya*<br>LAUREL J. MONTOYA<br>Assistant United States Attorney<br>Counsel for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: April 22, 2013 | By: /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>OMAR CESAR SOTELO |

**ORDER**

IT IS SO ORDERED.

**Dated: April 22, 2013**     /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE