Law Office of Alekxia Torres Stallings
Alekxia Torres Stallings, SBN296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
OMAR CESAR SOTELO



FILED

JUL 1 8 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-CR-00063 LJO-SKO |
| Plaintiff, | |
| v. | **ORDER TO RELEASE DEFENDANT** |
| OMAR CESAR SOTELO, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA

K. OBERTO AND LAUREL MONTOYA AND BRIAN ENOS, ASSISTANT UNITED

STATES ATTORNEY:

**COMES NOW** Defendant, OMAR CESAR SOTELO (Booking No.: 2250727), by and

through his attorney of record, Alekxia Torres Stallings, hereby requests that the defendant be

released to his fiancé, Pearl Rosales, from the Kern County Sheriff Office, Lerdo Facility. Ms.

Rosales will act as Mr. Sotelo's 3rd party custodian and transport defendant to and from the Kern

Mental Health- Gate Program.

//

//

//

//

//

1

## ORDER

**IT IS HEREBY ORDERED** that the defendant, who is currently housed at the Kern County Sherriff's Office, Lerdo Facility, be released to Pearl Rosales, who will act as third party custodian. Ms. Rosales shall transport Mr. Sotelo to and from the Kern Mental Health- Gate Program.

DATED: July 18, 2019

MAGISTRATE JUDGE SHEILA K. OBERTO