ALEKXIA TORRES STALLINGS
Attorney at Law, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
OMAR CESAR SOTELO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12-CR-00063 LJO-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE |
| OMAR CESAR SOTELO, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, OMAR CESAR SOTELO, by and through his attorney of record, ALEKXIA TORRES STALLINGS hereby requesting that the status conference hearing currently set for August 7, 2019, to be continued to August 19, 2019.

On July 18, 2019 Mr. Sotelo was released to a third-party custodian, Pearl Rosales. As a term of his release, he was ordered to participate in the Gate Program through the Kern County Mental Health Department. Counsel is requesting that the status conference be continued to August 19, 2019 in an effort to allow Mr. Sotelo to undergo as much treatment as possible so that we can obtain a report with respect to his progress. I have spoken to AUSA Laurel Montoya and USPO Julie Martin, they have no objection to continuing the status conference hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: July 30, 2019                          */s/ Alekxia Torres Stallings*
                                              ALEKXIA TORRES STALLINGS
                                              Attorney for Defendant
                                              OSCAR CESAR SOTELO


DATED: July 30, 2019                          */s/Laurel Montoya*
                                              LAUREL MONTOYA
                                              Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the Status Conference re Supervised Release is continued from August 7, 2019 to August 19, 2019 at 2:00 PM before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **July 30, 2019**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE