UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 12-cr-00063 LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE |
| OMAR CESAR SOTELO, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERICA P. GROSJEAN AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, OMAR SOTELO, by and through his attorney of record, ALEXKIA TORRES STALLINGS hereby requesting that the status conference hearing currently set for Monday, October 28, 2019, to be continued to Monday, January 6, 2010.

My pregnancy due date was scheduled for November 18, 2019; however, my doctor has advised me that the baby may come as early as next week. She has restricted my travel and driving long distances. I have spoken to AUSA Laurel Montoya, and she has no objection to continuing the sentencing hearing, USPO JC Hill also no objection to continuing the hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

1

**IT IS SO STIPULATED.**

DATED: October 24, 2019

Respectfully Submitted,
*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
OMAR CESAR SOTELO

DATED: October 24, 2019

*/s/Laurel Montoya*
LAUREL MONTOYA
Assistant U.S. Attorney

## **ORDER**

Pursuant to the stipulation among the parties, the status conference hearing currently set for Monday, October 28, 2019, will be continued to Monday, January 6, 2020. All delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated: **October 24, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE