Law Office of Alekxia Torres Stallings
David A. Torres, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
OMAR CESAR SOTELO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR CESAR SOTELO,<br><br>Defendants. | Case No. 1:12-CR-0063 NONE-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

  **COMES NOW** Defendant, OMAR CESAR SOTELO, by and through his attorney of record, ALEKXIA TORRES STALLINGS hereby requesting that the sentencing hearing currently set for May 15, 2020, be continued to Friday, July 17, 2020.

  In light of the restrictions of the General Orders 610-617 regarding the coronavirus (COVID-19), counsel is requesting that this matter be continued to the requested date. I have spoken to AUSA Laurel Montoya and she has no objection to continuing the sentencing hearing. I have also spoken to USPO Julie Martin and she has not objection to the continuance. .

///

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 4/28/20

*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
OMAR CESAR SOTELO

DATED: 4/28/20

*/s/ Laurel J. Montoya*
LAUREL J. MONTOYA
Assistant U.S. Attorney

## ORDER

Pursuant to the parties' stipulation the sentencing hearing in this action is hereby continued from May 15, 2020 to Friday, July 17, 2020 at 8:30 a.m. in Courtroom No. 4.

IT IS SO ORDERED.

Dated: **April 29, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2