Case 1:12-cr-00063-DAD-SKO   Document 72   Filed 07/21/20   Page 1 of 1

AO 245D-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **OMAR CESAR SOTELO** | Criminal Number: **1:12CR00063-001** |
| | Defendant's Attorney: Alekxia Torres-Stallings, Appointed |

**THE DEFENDANT:**

[✓]　admitted guilt to violation of charge(s) __1, 2 and 3__ as alleged in the violation petition filed on __6/20/2019__.

[ ]　was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| Charge 1 | NEW LAW | March 7, 2019 |
| Charge 2 | NEW LAW | May 18, 2019 |
| Charge 3 | UNAUTHORIZED/EXCESSIVE USE OF ALCOHOL | May 18, 2019 |

The court:　[ ] revokes:　[ ] modifies:　[✓] continues under same conditions of supervision heretofore ordered on __4/14/2014__.

　　　The defendant is sentenced as provided in pages 2 through ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]　Charge(s) ___ is/are dismissed. [X] APPEAL RIGHTS GIVEN.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

　　　It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**7/20/2020**
Date of Imposition of Sentence

*Dale A. Drozd* (signature)

Signature of Judicial Officer
**Dale A. Drozd**, United States District Judge
Name & Title of Judicial Officer
7/21/2020
Date